# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0917

VERSUS

ERIC PAUL MCCLAIN

**DECEMBER 16, 2024**

---

In Re:     Eric Paul McClain, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2009-179874.

---

**BEFORE:     GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

                          JMG
                          AHP
                          TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT